IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SMITH, T-16447, ) | |
| ) | |
| Petitioner, ) | No. C 12-4011 CRB (PR) |
| ) | |
| vs. ) | ORDER DENYING |
| ) | CERTIFICATE OF |
| GREG LEWIS, Warden, ) | APPEALABILITY |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).]

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: Oct. 8, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Smith, A.12-4011.coa.wpd